**McCARTHY & HOLTHUS, LLP**
David C. Scott, Esq. (SBN: 225893)
Alyson M. Dudkowski, Esq. (SBN: 259728)
1770 Fourth Avenue
San Diego, CA 92101
Telephone: (619) 685-4800
Facsimile: (619) 685-4811

JS-6

Attorneys for Defendant,
Specialized Loan Servicing

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS ALDACO,<br><br>   Plaintiff,<br><br>v.<br><br>SPECIALIZED LOAN SERVICING AND DOES 1-10,<br><br>   Defendants. | Case No. 8:09-cv-01209-CJC-MLG<br><br>**[*PROPOSED*] JUDGMENT**<br><br>Complaint Filed: November 25, 2009<br>Trial Date: None |

On January 12, 2010, the Court granted Defendant SPECIALIZED LOAN SERVICING ("SLS")' Motion to Dismiss Plaintiff SANTOS ALDACO ("PLAINTIFF")'s First Amended Complaint. The Court further allowed PLAINTIFF 20 days to file an amended complaint to cure the defects in the First Amended Complaint. To date, PLAINTIFF has not filed an amended complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

As PLAINTIFF has failed to amend his First Amended Complaint within the time allowed by the Court, and for the reasons explained in SLS' Motion to Dismiss, the Court hereby DISMISSES THE CASE WITH PREJUDICE.

SO ORDERED.

Dated: February 9, 2010        By: _____
                                   Hon. Cormac J. Carney
                                   Judge of United States District Court

McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1700 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810

2
[*PROPOSED*] JUDGMENT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**McCARTHY & HOLTHUS, LLP**
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4810